UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:12-cv-557 NAB |
| B.O. GRAHAM PLUMBING & HEATING, INC., | ) |
| Defendant. | ) |

**ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **B.O. Graham Plumbing & Heating, Inc.** on **April 17, 2012**, indicating defendant was served on **April 7, 2012**, and a responsive pleading was due by **April 30, 2012**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 7th day of May, 2012.

Honorable Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE